UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ATTORNEY GENERAL EX. REL THE
PEOPLE OF THE STATE OF MICHIGAN,
et al.,

       Plaintiffs,                   Case No. 1:20–cv–520

    v.                                 Hon. Paul L. Maloney

LEE MUELLER, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above–captioned case was removed from State of Michigan – 30th Judicial Circuit Court, and filed in this court on June 5, 2020 .   The case has been assigned to Paul L. Maloney .

                                         CLERK OF COURT

Dated:  June 10, 2020        By:    /s/ N. Stimec_____
                                             Deputy Clerk